UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>T. FOSS, et al.,<br><br>　　　　　Defendants. | Case No. 20-05450 BLF<br><br>**ORDER *SUA SPONTE* GRANTING EXTENSION OF TIME TO FILE A SIGNED COMPLAINT** |

　　　　On July 29, 2020, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 in the Eastern District of California. Dkt. No. 1. The matter was transferred to the Northern District on August 3, 2020. Dkt. Nos. 6, 7.[1] On the same day, the Clerk sent Plaintiff a notice returning his unsigned complaint and advising Plaintiff that he needed to file a signed complaint within twenty-eight days or else the case would be dismissed. Dkt. No. 8. The deadline, August 31, 2020, has passed, and Plaintiff has failed to file a signed complaint despite the fact that he managed to file a motion for leave to proceed *in forma pauperis*. Dkt. No. 10.

　　　　In the interest of justice, Plaintiff shall be granted a one-time extension of time to

---

[1] This matter was reassigned to this Court on September 8, 2020. Dkt No. 12.

Order of Extension of Time
P:\PRO-SE\BLF\CR.20\05450.Lamon_eot.docx

file a signed complaint no later than twenty-eight (28) days from the date this order is filed. Failure to respond in the time provided will result in the dismissal of this action without further notice to Plaintiff.

**IT IS SO ORDERED.**

Dated: __September 14, 2020_

BETH LABSON FREEMAN
United States District Judge