UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>    Plaintiff,<br><br>    v.<br><br>T. FOSS, et al.,<br><br>    Defendants. | Case No. 20-05450 BLF<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE A SIGNED COMPLAINT**<br><br>(Docket No. 14) |

On July 29, 2020, Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 in the Eastern District of California. Dkt. No. 1. The matter was transferred to the Northern District on August 3, 2020. Dkt. Nos. 6, 7. On the same day, the Clerk sent Plaintiff a notice returning his unsigned complaint and advising Plaintiff that he needed to file a signed complaint within twenty-eight days or else the case would be dismissed. Dkt. No. 8. The Court *sua sponte* granted an extension of time to respond on September 14, 2020. Dkt. No. 13.

Plaintiff has filed a response stating that he filed a signed copy of the complaint which should have been transferred to this Court along with the unsigned copy. Dkt. No. 14 at 2-3. In the alternative, Plaintiff requests that a copy of the complaint be sent to him so that he can return it signed. *Id.* at 3. Good cause appearing, the request is **GRANTED**.

The Clerk shall enclose a copy of the unsigned complaint, Dkt. No. 1, with a copy of this order to Plaintiff.  Plaintiff shall be granted a final extension of time to return the signed complaint **no later than twenty-eight (28) days** from the date this order is filed. Failure to respond in the time provided will result in the dismissal of this action without further notice to Plaintiff.

**IT IS SO ORDERED.**

Dated:  __October 7, 2020____

BETH LABSON FREEMAN
United States District Judge

Order Granting Ext. of Time
P:\PRO-SE\BLF\CR.20\5450.Lamon_eot2