UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BARRY LOUIS LAMON,

        Plaintiff,

   v.

T. FOSS, et al.,

        Defendants.

Case No. 20-05450 BLF (PR)

**ORDER OF DISMISSAL**

Plaintiff, a California state prisoner, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983. On January 24, 2022, the Court denied Plaintiff's motion for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(g) because Plaintiff had three or more prior dismissals and was not under imminent danger of serious physical injury at the time of the filing of the action. Dkt. No. 38. Plaintiff was directed to pay the full filing fee no later than twenty-one days from the date the order was filed, *i.e.*, no later than February 7, 2022, or face dismissal. *Id.* at 10. The deadline has since passed, and Plaintiff has failed to pay the filing fee. Accordingly, this matter is DISMISSED for failure to pay the filing fee.

**IT IS SO ORDERED.**

**Dated: _February 22, 2022_____**

BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.20\05450Lamon_dism