UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY LOUIS LAMON,<br><br>    Plaintiff,<br><br>  v.<br><br>T. FOSS, et al.,<br><br>    Defendants. | Case No. 20-05450 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action for failure to pay the filing fee. A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  __February 22, 2022_____

BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.20\05450Lamon_judgment